IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FRANK D. DAVIS,

    Plaintiff,

vs.                                    CASE NO.: 5:04cv218-SPM/AK

FANTASY FUN WEAR OF
PANAMA CITY BEACH, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the Mediator's Report (doc. 32) advising that this case has settled and Northern District of Florida Local Rule 16.2(D), it is hereby

ORDERED AND ADJUDGED:

1.    This case is dismissed.

2.    The Court retains jurisdiction for a period of sixty days, during which time any party may move to reopen the case for good cause shown.

DONE AND ORDERED this 8th day of June, 2005.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge